**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES VANAKEN, on his own behalf, and
on behalf of all others similarly situated,

                Plaintiff,
     v.                                          CASE NO.:  8:20-CV-01490-TPB-AEP

GLOBAL SPEC SECURITY GROUP, LLC,
A Florida Limited Liability Company,
JOSEPH JOHNSON, individually, and
YUSUF JOHNSON, individually,

                Defendants.
_____/

**PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE**

    Plaintiff, JAMES VANAKEN, through undersigned counsel, and files his Response to this Court's Order to Show Cause [DKT.16], dated December 2, 2020 and states as follows:

    1.    On June 30, 2020, Plaintiff, James VanAken filed a Complaint for relief under the Fair Labor Standards Act, as amended 29 U.S.C. §201, et seq., against Global Spec Security Group LLC, Joseph Johnson, individually and Yusuf Johnson, individually. [DKT.1].

    2.    This Court also issued the three summonses for the three defendants on June 30, 2020. [DKT.2].

    3.    On July 1, 2020, Plaintiff hired Robert L. Jones Investigations, Inc.to effect service of the summons on three defendants.

4. From July 1, 2020 to August 11, 2020, Robert L. Jones Investigations tried numerous times to serve Defendants, see summons returned unexecuted [Dkt.9].

5. On or about September 11, 2020 Plaintiff filed a Substitute Service of Process through the Florida Department of State, under Chapter 48, FS48.02(3).

6. On October 20, 2020, Plaintiff filed the executed summons, issued on October 8, 2020, by the Florida Department of State for Global Spec Security Group, LLC and Registered Agent Yusuf Johnson, see [DKT. 14 and 15].

7. Plaintiff sent a copy of the Summons issued by the Florida Department of State and a copy of the complaint via regular and Certified U. S. Mail to Global Spec Security Group, LLC and Registered Agent, Yusuf Johnson at the addresses listed on the Florida Division of Corporations.

8. The Defendant's refused the certified mail and sent back the regular mail stating that it was the wrong address, but it was addressed to the registered agent.

9. Plaintiff, through the process of trying to get service of the complaint, found that in August 2020, Defendant changed the name of the company to GSSG Alliance LLC with the same address and Registered Agent, Yusuf Johnson and with its core business of providing security personnel in gated communities, high rise condominiums, office complexes, and commercial properties with offices in Tampa, FL.

10. Plaintiff again sent a copy of the Summons issued by the Florida Department of State and a copy of the complaint via regular and Certified U. S. Mail to Global Spec Security Group, LLC and Registered Agent, Yusuf Johnson at the addresses as the successor to Global Spec Security Group, LLC.

11. Plaintiff received back the signed certified green card by Registered Agent, Yusuf Johnson on November 25, 2020.

WHEREFORE, for the reasons stated herein, Plaintiff respectfully requests an extension of time up to and including December 23, 2020 (twenty one days from the delivery of the summons and complaint via certified mail) for Defendant's to respond to the complaint.

Respectfully submitted,

/s/Brianna A. Jordan
**BRIANNA A. JORDAN**
Florida Bar Number: 1000982
**Morgan & Morgan, P.A.**
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Direct No. 813-393-5457
E-mail: bjordan@forthepeople.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/Brianna A. Jordan
**BRIANNA A. JORDAN**
Florida Bar Number: 1000982
**Morgan & Morgan, P.A.**
201 N. Franklin Street, Suite 700
Tampa, Florida 33602
Direct No. 813-393-5457
E-mail: bjordan@forthepeople.com
*Attorney for Plaintiff*