**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:20-cv-1490-T-60TGW | **DATE:** December 16, 2020 |
| **HONORABLE THOMAS P. BARBER** | |
| **JAMES VANAKEN**<br><br>v.<br><br>**GLOBAL SPEC SECURITY GROUP, LLC, et al.** | **PLAINTIFF COUNSEL**<br>Brianna Jordan<br><br>**DEFENDANT COUNSEL**<br>N/A |
| **COURT REPORTER:** Scott Gamertsfelder | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 2:54 – 2:57 p.m.<br>**TOTAL:** 3 minutes | **COURTROOM:** 14A |

**PROCEEDINGS:**   STATUS CONFERENCE (by Zoom)

Court addresses service issue; directs counsel to Fed. R. Civ. P. 4.  Court extends service deadline to 1/15/2021. Order to follow.