UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES VANAKEN, on his own behalf, and
on behalf of all others similarly situated,

                Plaintiff,

v.                              CASE NO.: 8:20-CV-01490-TPB-AEP

GLOBAL SPEC SECURITY GROUP, LLC,
A Florida Limited Liability Company,
JOSEPH JOHNSON, individually, and
YUSUF JOHNSON, individually,

                Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A) (i)**

Pursuant to F.R.C.P. 41(a)(1)(A) (i), Plaintiff herby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant, GLOBAL SPEC SECURITY GROUP, LLC, JOSEPH JOHNSON and YUSUF JOHNSON and moves for an entry of an order dismissing this action without prejudice.

                Respectfully submitted,

                /s/Brianna A. Jordan
                **BRIANNA A. JORDAN**
                Florida Bar Number: 1000982
                **Morgan & Morgan, P.A.**
                201 N. Franklin Street, Suite 700
                Tampa, Florida 33602
                Direct No. 813-393-5457
                E-mail: bjordan@forthepeople.com
                *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing

system to all parties indicated on the electronic filing receipt.  All other parties will be served via regular U.S. Mail.  Parties may access this filing through the Court's electronic filing system.

>  /s/Brianna A. Jordan
>  **BRIANNA A. JORDAN**